# MEMORANDUM OF LAW

1  Filed geivances Vance v Peters 97 F.3d 987 7th cir 1996 - Thomas v Reese 787 F.3d 845 847 7th cir 2015

  Johnson v Litscher 280 F 3d 826 827 7th cir 2001 - Faulkuchsrriei 2673 F3d 647 677 5th cir 2001

  page 1-6

2  Responsible for misdeeds Burke v Rriemisch 55 F 3d 592 596 page 1-6

3  US Const 8th Amend Cruel and unusual punishment - condition of confinement - page 1-5

  deliberate Indifference Estelle v Gamble 429 US 97 104 1976 - Farmer V Brennen 511 US 82 5 847

  1994 - Borello v Allison 446 F.3d 742 747 7th cir 2006 - Dale v Poston 548 F3d 2 3561 7th cir 2008

  Perez v Fenoglio 792 F.3d 768. 781-782 7th cir 2015 page 1-6

4  US Const 8th amend - Berry v peterman 604 F.3d 435 437 7th cir 2010 - Estate of miller

  ex rel Bertran v Tobitss 680 F.3d 5847 7th cir 2012 page 1-6

5  US Const 1st Amend Conspiracy     page 1-6

6  US Const 14th equal protection of laws page 1-6

SCANNED at PCC and E-Mailed

7/18/17 (date) by a (initials)

30  (# of pages)

Lisle v J-Fike

U.S. District Court For Central Illinois Peoria Division

STEVEN U LISLE JR # R40154 ) Complaint
  vs      Plaintiff ) Civil Action No.
  J-FIKE    Defendants )

## I. Jurisdiction & VENUE

This is a civil action authorized by 42 U.S.C Section 1983 to redress the deprivation, under color of state law of rights secured by the Constitution of the United States. The Court has Jurisdiction under 28 U.S.C section 1331 and 1343 (a)(3) Plaintiff seeks declaratory relief pursuant to 28 U.S.C Section 2201 and 2202 Plaintiff Claims for injunctive relief are authorized by 28 U.S.C Section 2283 & 2284 and Rule 65 of the Federal Rules of civil Procedure The Central District of Illinois is an appropriate venue under 28 U.S.C Section 1391 (b)(2) because it is where the events giving rise to this Claim occured.

## II. Plaintiffs

Plaintiff, Steven D Lisle Jr, is and was at all times mentioned here in a prisoner of the State of Illinois in the Custody of Illinois Department of Corrections. He is currently confined in Pontiac Correctional center in Pontiac Illinois

| Defendants | Position/Title |
|---|---|
| J-Fike | Officer |
| R. Battle | officer |
| Pitchford | officer |
| Christy | medtec |
| Kelly Davis | Internal Affairs |
| Jade | medtec |
| Tracy | medtec |
| Gasper | Luitenet |
| Zimmerman | Luitenet |
| Lewis | officer |
| Wilson | officer |
| Hadsel | major |
| Shoemaker | Sergent |

1

John & Jane Doe ................................................ Warden

John & Jane Doe ................................................ grievance officer

John & Jane Doe ................................................ Internal Affairs

~~John & Jane Doe~~ ................................................ ~~A.D.A. Sheridan Correctional~~

Address: PO Box 99 Pontiac Il 61764

John & Jane Doe ................................................ ARB of inmate issues

Address: PO Box 19277 Springfield Il 62794-9277

Each defendant stated above is sued individually and in his or her official
capacity at all times mentioned in this complaint each defendant acted under
the color of state law

III.                        Previous law suits

State and Federal Court law suits relating to imprisonment
Small claims No 16-cc-0607 Civil Complaints No. 15965 No. 16 cv 422 No. 16. cv 421
No. 16 cv 4212   No. 17-1158 csb   No. 17 cv 01327-JRM

IV.                         FACTS

Lisle was hospitalized do to heat exhaustion in the pontiac healthcare
unit for 24 hours in which his legs gave out on him. On 7-21-16 Lisle passed
out do to heat exhaustion while he was on the East house yard for segregation inmates
Medtec was notified at this time lisle was passed out and awoke to medtec (Jade) and
(Tracy) pushing nose sticks in his nose lisle became alert and informed Jade and Tracy he was
awake Tracy and Jade continue to push the nose sticks in lisle Nose and stated Now your crying
like a bitch and continued after lisle pleaded for them to stop do to his nose burning Lisle then requested
to go to medical do to heat exhaustion and his legs gave out on him Jade and Tracy stated your not getting
any medical care you just went to go lay in the air condition lisle stated he was just committed to the healthcare
unit a week or two ago for heat exhaustion Jade and Tracy stated your lying and told (R. Battle)
and (Zimmerman) to take lisle back to cell house he aint getting medical treatment. Zimmer stated
for Lisle to quit crying like a bitch he aint getting no medical care Lisle was then put in a wheelchair
do to he couldnt walk and took back to the east cell house and put in a holding cage in the hot weather
and hand cuff behind his back to a bench Lisle then advise (Gasper) he need medical care for heat exhaustion

2

Lisle then advise Major (Hadsel) that he request medical care for hea texhaustion Lisle was then

left in a cage in the heat for over a hour with his hand cuff behind his back ~~on track~~ to a bench

Lisle then advise (Lewis) he still couldat walk and request medical attention (R. Battle) then stated

fuck this you either walk or go to the Northhouse uait disciplinary uait lisle stated he cant walk deto

heat exhaustion R. Battle then stated the Sor (Hadsel) gave us the order he walk onge to North house

R. Battle then stated fuck this your going to the north house officer (Wilson) then started talking shit

Saying fuck you lisle and medical attention R. Battle, wilson, and officers then greb lisle slamed him to

the floor and drug lisle the gasper stated put him in the wheelchair This made Tracy, Jade, Zimmerma

Lewis, Hadsel, Casper, R. Battle, Wilson all Lisble for deliberate indifference to seriousmedicalneeds

and crueland unueusul punishment and the use of accessive force against Lisle this violated Lisle

Eighth amendment rights of the United States Constitution Lisle was then took to the Northhouse unit

Lisle then advised Sergent (Shoemaker) thathe request medical care for heat exhaustion Shoemaker Failed

to get Lisle medical care (J-Fike) (R. Battle) (Pitchford) then took Lisle to cell 1-10 and snatched

Lisle out of the wheelchair and slumed Lisle to the floor Pitchford then kick and stamped Lisle in his

legs lisle screamed out loud in pain J-Fike, Pitchford, R. Battle then drug lisle by his hand cuffs behind

his back to the cell door and yank and pulled Lisle arms out the chuck hole in a attempt to brake lisle

wrist lisle screamed out loud de to the pain Pitchford then stated "You see how that work" All three officers

then laugh and walk off J-Fike, R. battle, Pitchford put lisle in a cell that had blood on the wall

and bodily fluids like humane waste smeared on the walls lisle was left in the cell with no bed

no cover no hygene items lisle backwas in "pain" de to no bed lisle then saw J-Fike and requests

bod and medical care lisle never received medicalcare or a bed or cover or hygene This made J-Fike

R. Battle, Pitchford, Shoemaker liable for deliberate indifference to seriousmedical needs and cruel

and unusualpunishment and the use of accessive force Conditions of confinement that pose a

substantial risk of serious harm, including heal th and safety against Lisle this violated Lisle Eighth

amendment rights of the united States constitution. Lisle wrist was swollen do to being assaulted

by Pitchford, R. battle, J-Fike, Lisle went to sick call and advise Medtec (Christy) that

has wrist was swollen and he request to see the doctor Christy stated dont nothing look wrong

with your wrist lisle stated his handsis cuff behind his back and that christy would have

to have lisle handcuffs placed in the front or look closer at Lisle wrist Christy refused

and stated Lisle aint seeing no doctor T. Bowden then took lisle back to his cell

3

Lisle then advised T. Bowden to view Lisle wrist T. Bowden then stated that lisle wrist is swollen and he would testify to this if called to court. This made Christy liable for deliberate indifference to lisle serious medical needs and cruel and unusual punishment and failing to provide lisle any pain medication or to see the doctor This violated Lisle Eighth Amendment of the United States constitution. Lisle then wrote 3rd grievances on 7-24-16, 7-26-16-7-28-16 Lisle then received his grievance back and the grievance Numbers were scratched out in black marker. Lisle again notified the grievance officer The (grievance officer) stated Internal affairs were reviewing lisle grievance claims Lisle was intervied by a (John Doe) internal affairs officer who advised lisle his assault claims were external and being investigated do to assault being captured on the Northhouse camera in the 1 gallery unit Lisle then requested video Potage he sued for a future 1983 civil law suit Lisle was continued to be harrased by officers in a attempt for lisle to leave the investigation alone Lisle continued to request the grievance officer process lisle grievance do to retilistion by pontiac officers do to Pitchford, J-Fike- R. battle assaulting him The grievance officer aduse lisle Internal affairs are still reviewing his claim see Exhibit I Lisle continued to be harrased and retiliste against Lisle again wrote the grievance officer to process lisle grievance Lisle also informed the (Warden s) by writing numerous kites for relief or a transfer Lisle continued to write (Kelly Davis) from the internal affairs unit requesting she intervirew me and resolve the assualts by Pitchford J-Fike, R. battle and continued retilistion events Lisle then wrote (John and Tune Does) at the Arb inmate issues that the warden grievance officer and internal affairs refused to process his grievances in regaurd to being assualted by Pitchford J-Fike R. battle lisle received no relief at all this made Wardens, Davis, Grievance officers, John and Jane Doe of internal affairs liable for deliberate indifference cruel and unusual punishment and conspiracy to cover Up that lisle was assualted and lisle from condition s of confinement that pose a substantial risk of serious harm, including his life and safety this violated Lisle Eighth, First, Fourteenth Amendments of the United states constitution. Do to being threating by J-Fike lisle wrote internal affairs and stated he only wanted to persue claims against R. Battle and Pitchford Lisle tryed to E-File this complaint on about 7-13-17 J-Fike stole lisle complaint out the institution US, postal mail lisle wrote the library advising he feled other complaint see Exhibit 2 the library never received lisle complaint do to all parties stated above refusing to process lisle assualt claims which allows J-Fike to continue to

4

threat Lisle from filing this Complaint Lisle request this court to transfer him to

Statville correctional center untill the completion of this complaint for Lisle on safety

all facts stated in complaint are true and correct see Exhibit 3  It should be noted that

all Lisle grievances exhibits were stolen by pontiac prison guards see Exhibit 2

However Lisle efiled complaints the Peoria Judge Micheal mihm in the Rashov walker No.17-cv-01398

case do to lisle being a mentally ill inmate in which lislr informed the court of retilistion

and threats made by Pitchford JFike, and other pontiac officals see Exhibit 3-5

V     EXHAUSTION OF LEGAL Remedies

Plaintiff steven D Lisle JR used the prisoner grievance procedure available at

Pontiac Correctional Center to try and solve the problem on 7-24-16 - 7-26-16  7-28-16

and throughout the year of 2016 See Exhibit 6 and 3. Plaintiff again contacted

the grievance officer for relief See Exhibit 1  Plaintiff again wrote the

ARB after pontiac warden and grievance officer refused to and Internal affairs

refused to process lisle grievance or offer relief See Exhibit 3

VI        Legal Claims

Plaintiffs reallege and incorporate by reference paragraphs 1-7

"Excessive Force" deliberate indifference to serious medical needs;" deliberate indifference

to a prison condition that exposes a prisoner to an unreasonable risk of serious harm or

deprives a prisoner of a basic human need. Conspiracy, violated Lisle rights and constituted

Eighth, First, Fourteenth Amendments cruel and unusual punishment, equal protection,

First amendments to the united states Constitution The plaintiff has no plain adequate or

complete remedy at law to redress the wrongs described here in Plaintiff has been and

will continue to be irreparably injured by the conduct of the defendants unless the court

grants the declaratory and indictive relief which plaintiff seeks.

VII              Prayer For Relief

Where fore plaintiff respectfully prays that this Court enter Judgment granting plaintiff: A

declaration that the acts and omissions described here in violated plaintiff rights under

the constitution and laws of the united states A preliminary and permanent injunction

ordering defendants (1) Transfer plaintiff to stateville correctional center for placement

(2) While on suicide watch plaintiff is to be housed only in the pontiac healthcare unit

So that defendants can not use retilatory methods where other suicide watch units have

no cameras in southmental and the North house is condem for crisis watch.

Compensatory damages in the amount of 100,000# against each defendant Jointly and

severally Punitive damages in the amount of 100,000# against each defendant.

A Jury trial on all issues trizble by Jury plaintiff's cost in this suit any additional

relief this court deems Just, proper, and equitable.  Dated: 7-16-17

respectfully submitted  Steven DLisle Jr #R 76129 Po Box 99 Pontiac IL 61764

## Verification

I have read the fore going complaint and here by verify that the matters alleged therein

are true, except as to matters alleged on information and belief and as to those, I

believe them to be true. I certify under penalty of perjury that the foregoing

is true and correct. Executed at Pontiac IL 61764 on 7-16-17 Steven DLisle Jr

# Exhibits

EX 1 grievance response

EX 2 library response

EX 3 Affidavit

EX 4 motion to court

EX 5 motion to court

EX 6 memorandum

Lisleu J-Fike

Exhibit
1

E 1/13



John Baldwin
Acting Director

## The Illinois Department of Corrections

Pontiac Correctional Center
700 W. Lincoln Street, P.O. Box 99 • Pontiac, IL 61764 • (815) 842-2816 TDD: (800) 526-0844

# MEMORANDUM

DATE:  1-17-17

TO:    Name: _Lisle_  IDOC #: _R 40159_

FROM:  Grievance Officer S. Simpson
       Pontiac Correctional Center

SUBJECT: Grievance(s) dated: _1/13/17_ Topic: _ARN_ Issue: _Grievance Response_

---

The attached is being returned for the reason(s) listed below:

_____ Contact your Correctional Counselor. Per DR 504 Grievances, "A committed person shall first attempt to resolve incidents, problems or complaints, other than complaints concerning disciplinary proceedings, through his counselor".

_____ Use proper Committed Person's Grievance (DOC 0046).

_____ Provide date(s) of disciplinary reports(s) and facility where incident(s) occurred.

_____ Forward grievance directly to the Administrative Review Board (protective custody, enforced medication, disciplinary reports from other facilities, decisions by the Transfer Coordinator's Office, decisions rendered by the Director).

_____ Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be addressed further. Discovery date of incident, occurrence, or problem: _____.

_____ Unable to determine nature of grievance/correspondence. Submit additional specific information.

_____ Illegible copy submitted – submit legible copy for consideration.

_____ Request restoration of GCC, segregation time cut, grade restoration to the Adjustment Committee. If request is denied, utilize the grievance process for further consideration.

Page 1 of 2

Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

_received_

_____ Issue has been ~~previously addressed~~ on _8-03-16_. No justification for further consideration.

_Pending  / A. Response_

_____ Contact the Record Office with your request and/or additional information (sentence calculations, jail credits, etc.).

_____ Address concerns to the Illinois Prisoner Review Board, 319 East Madison Street, Suite A, Springfield, Illinois 62706 (executive clemency parole violation issues, etc.).

_____ The Chief Administrative Officer has determined your grievance issue a non-emergency. If you reject this decision, forward your grievance directly to Grievance Office.

_X_ Other: _Your issue pertains to alleged staff misconduct by Officers Fike, Battle and Pitchford was previously forwarded to Internal Affairs. Please be Patient._

Exhibit
2

You are responsible for presentatio_____ _____ments, and other evidence in your defense at this hearing.  Please be pr_____ _____d for your hearing at the time indicated above.

I sent (2) Compliants
to be E-Filed to the USDistrict
Central of Illinois Division
I still have not received receipt

07.14.17
A (complaint
'Lisle v. Prentice) was
e-filed to the Central
District, Peoria on
07/13/17 and returned the
same day to N137 please
provide more information
on the other complaint
to determine when it
was sent

OR (2) complaints Back ?

N137 LisleR40159

State of Illinois )
                    ) ss
County of Livingston )

Exhibit

AFFIDAVIT

I, Steven D Lisle Jr #R40159, being first duly sworn upon my oath depose and state that the following matters are both true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify there to.

I State all facts in this complaint is true and this Complaint Lisle v J Fikers the exhibits are true and correct mentioned in

Declaration Under Penalty of Perjury

Pursuant to 28 USC 1796, 18 USC 1621 or 735 ILCS 5-1-1-109

I declare under penalty of perjury that I am a named party in the above action that I have read the above documents and that the information contained there in is true and correct to the best of my knowledge.

Respectfully submitted

Steven Lisle #R40159

SCANNED at PCC and E-Mailed
07-03-17 (date) (initials)
E-FILED
Monday, 03 July, 2017 12:27:44 PM
Clerk, U.S. District Court, ILCD
5   (# of pages)

U.S. District Court Central District of Peoria Illinois

Case Name: Rashov Walker   Case Number: 1:07-CV-01298-MMM

MOTION REQUESTING TO BE ABLED TO FILE 1983 CIVIL RIGHTS COMPLAINT AND A COPY OF ALL FILED MOTIONS AND EXHIBITS FILED IN THE RASHOV WALKER Case No. 1:07-CV-01298-MMM BY STEVEN D.LISLE JR#R40159 INNATE AT PONTIAC CORRECTION CENTER

Now Comes, Steven D.Lisle Jr#R40159 in the above titled motion:

1. Steven D.Lisle Jr#R40159 has a Constitutional Right to be able to file a 1983 civil Rights Compliant.

2. Lisle was a Class plaintiff in the Mental Health Rashov walker complaint and was advised by this Court he can file a oblection and file a individual Complaint in reguards to the Rashov walker complaint.

3. Lisle filed a "timely" obdection" and begun filing numerous motions and Exhibits to this Court.

4. Lisle has informed this Court that Pontiac Institutional Employees being a (Susan Prentice) has stolen Lisle original Complaint and motions and Exhibits in reguard to this case and is preventing him from filing his 1983 civil compliant in reguard to all events and motions that he has filed in the above titled case.

5. This Court has "Refused" to send Lisle a entire Copy of all motions and Exhibits he individually has filed in this case, In which therefore Lisle can not file his 1983 civil compliant do to sussn Prentince stealing his legal documents on 5-24-17

Exhibit 
4

6. This Court has also failed to enforce that Pontiac Correctional Center Warden provide Lisle the right and opportunity to file his compliant without being targeted by Pontiac employees who have "Racisly" targeted Lisle and stole his 1983 compliant and Exhibits

7. By this Court "refusing" to send Lisle a copy of all filed motions and Exhibits that he has individually filed in this court shows that this court supports Pontiac Correction employees "racial" and violation of Lisle Constitutional rights

8. This Court can order to see I.D.O.C Camera fotage in Springfield Illinois I.D.O.C Pontiac Camera fotage on 5-24-17 It will show Susan Prcentince enter Lisle Cell in North 19 Gallery 37 cell and to support Lisle Claims IDOC shake down slips will show Lisle last shake down was 5-6-17 which shows when Susan Prcentince entered Lisle cell on 5-24-17 was illegal and hidden from the IDOC shakedown slip do to the fact to stop Lisle from filing his 1983 complaint See Exhibit 1

Relief

1. Send entire Copy of all filed motions and Exhibits individually filed by Lsle

2. Order Warden to allow Lisle to file 1983 Compliant or transfer Lisle

Certificate of service

on 8-2-17 I filed the above motion to clerk of court To. Clerk of Court US Dist Central Providens

2

Exhibit

Ex 1. Shake down Sl. p and Attorney Statement to of Last
Shakdown was on 5-6-17

Exhibit 1

**IL1/IL08 DEPARTMENT OF CORRECTIONS**
**Shakedown Record/Confiscated Contraband**

Exhibit No. _____
CLIO No. _____

| | |
|---|---|
| Date: 5.6.17 Time: /37 ☐ a.m. ☐ p.m. | Shift Supervisor: Date Received: _____ Time _____ ☐ a.m. ☐ p.m. |
| Living Area: _____ Occupied ☒ Yes ☐ No | ☐ Major Contraband ☐ Minor Contraband Exposure |
| Violator _____ Cisle No _____ Bldg 59 | Disposition _____ |
| Violator _____ | Date _____ Time _____ ☐ a.m. Initials _____ ☐ p.m. |
| Was any contraband found? ☐ Yes ☒ No | |
| Item(s) (Description and circumstances of discovery) | Receiving Custodian: Date Received: _____ Time _____ ☐ a.m. ☐ p.m. |
| Contraband | ☐ Major Contraband ☐ Minor Contraband Custodian Signature |
| KNIVE | |
| Found | Chain-of-Custody after the Custodian has received the item |
| | From: _____ To: _____ |
| | Date Received: _____ Time _____ ☐ a.m ☐ p.m |
| | From: _____ To: _____ |
| | Date Received: _____ Time _____ ☐ a.m ☐ p.m |
| Disciplinary Report written. ☐ Yes ☒ No Incident Report written. ☐ Yes ☒ No | From: _____ To: _____ |
| Witness: _____ | Date Received: _____ Time _____ ☐ a.m ☐ p.m |
| | From: _____ To: _____ |
| _____ ☒☐☐ ☐ | Date Received: _____ Time _____ ☐ a.m ☐ p.m |
| Badge No | From: _____ To: _____ |
| Employee Signature Date 5.6.17 Time 1150 ☐ a.m ☒ p.m | Date Received: _____ Time _____ ☐ a.m ☐ p.m |
| | Final Disposition: _____ |
| | Date: _____ Custodian's Initials _____ |

Distribution: With Item (Tag): Supervisor: Employee: Disciplinary Report: Violator

DOC0300 (Eff  4/2008)
(Replaces DC 252)

# SCHLICHTER BOGARD & DENTON, LLP

ATTORNEYS AT LAW

JAMES REDD
jredd@uselaws.com

100 SOUTH FOURTH STREET, SUITE 1200
ST LOUIS, MISSOURI 63102
(314) 621-6115
1 (800) 873-5297
FAX (314) 621-7151
www.uselaws.com

BELLEVILLE ILLINOIS

June 15, 2017

### PRIVILEGED AND CONFIDENTIAL

### VIA FIRST CLASS U.S. MAIL

Mr. Steve D. Lisle, Jr., Reg. #40159
Pontiac Correctional Center
P.O. Box 99
Pontiac, IL 61764

> Re:   Lisle v. Butler, et al., No. 15-cv-965

Mr. Lisle:

Enclosed are documents provided by the Assistant Attorney General on the case in response to the issues you raised during our June 8 phone call. The documents provided are intended to reflect: (1) your refusal of a legal review on May 20; (2) that May 6 was the last shakedown of your cell, and that no property was taken during that shakedown; and (3) the incoming and outgoing mail between you and this firm.

We will discuss these materials during the legal call scheduled for tomorrow, June 16.

Sincerely,

James Redd
Attorney at Law

Enclosure

Exhibit
1

1:17-cv-01335-JES  # 1  Page 18 of 30

1:07-cv-01298-MMM  # 773  Page 1 of 2

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS PEO  E-FILED
Thursday, 22 September, 2016 3:14:13 PM
Clerk, U.S. District Court, ILCD

Rashod v Baldwin et al          Case No. 07 CV 1298

# MOTION FOR ASSUALT ON INMATE LISLE AND INTIMIDATION OF THREATS BY PONTIAC CORRECTION EMPLOYEE S

NOW COMES Steven D Lisle JR # FYo199 prose in a motion as stated above:

1. On 7-21-16 Lisle was brutally assualted by officers (J.FIKE) (R.BATTLE) (PITCHFORD) in the North cell house unit.

2. This incident is being investigated by Internal Affairs see Exhibit 1-2

3. In a attempt to conceal what officers did to inmate Lisle unknown pontiac correction officers tryed to scratch out Lisle grievances number with a magic marker. See Exhibit 3-5

4. Lisle could not make copies of his grievances do to officers altering his grievances see response from pontiac Library Exhibit 6

5. Pontiac Correction officers moved Lisle from East 8# gallery cell 19 to East 2# gallery cell 13 to "intimidate" and silence Lisle by threat and aggressive tactics to stop Lisle from continue his grievance and complaint against officer (PITCHFORD)

6. OFficer PITCHFORD is currently 5 day officer who works on 1 and 2# gallery in the East cell house

7. Futher retiliation by pontiac officers moved Lisle to cell 2-13 in the east house where Lisle was housed in 2-13 previous and filed numerous grievance about the cell where the water is causing him harm and the rust and cell condition See Exhibits 15-16

8. Lisle also filed a retiliation grievance about being housed in 2-D and the counselor replied its based on "availability" See Exhibit 9l . It should be noted the half of the 8# gallery unit cell is vacant in the East cell house

9. Pontiac officers also housed Lisle behind a steel door do to him filings grievance about mental health not Listing him as S.M.I and a obbsection on the Rashod Baldwin case no 07cv1298 See Exhibit 58

5



Bruce Rauner
Governor

Tuesday, 16 August, 2016 09...
Clerk, U.S. Acting Dire...

1-8 8/01

## The Illinois Department of Corrections

Pontiac Correctional Center
700 W. Lincoln Street, P.O. Box 99 • Pontiac, IL 61764 • (815) 842-2816 TDD: (800) 526-0844

# MEMORANDUM

DATE: 80316

TO: Name: _Lisle_ IDOC #: R 40159

FROM: Grievance Officer S. Simpson
Pontiac Correctional Center

SUBJECT: Grievance(s) dated: 7-24-16  Topic: _Staff_ Issue: C/o Battle, Fike, Pitchford,
7-26-16
7-28-16  Conduct  Wilson (7-21-16)

The attached is being returned for the reason(s) listed below:

_____ Contact your Correctional Counselor. Per DR 504 Grievances, "A committed person shall first attempt to resolve incidents, problems or complaints, other than complaints concerning disciplinary proceedings, through his counselor".

_____ Use proper Committed Person's Grievance (DOC 0046).

_____ Provide date(s) of disciplinary reports(s) and facility where incident(s) occurred.

_____ Forward grievance directly to the Administrative Review Board (protective custody, enforced medication, disciplinary reports from other facilities, decisions by the Transfer Coordinator's Office, decisions rendered by the Director).

_____ Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be addressed further. Discovery date of incident, occurrence, or problem: _____.

_____ Unable to determine nature of grievance/correspondence. Submit additional specific information.

_____ Illegible copy submitted – submit legible copy for consideration.

_____ Request restoration of GCC, segregation time cut, grade restoration to the Adjustment Committee. If request is denied, utilize the grievance process for further consideration.

Page 1 of 2

Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

US District Court For The Central Peoria Illinois Division

Steven DLisle Jr Ryal 59 )
vs        plaintiff    )  [SUMMONS]
J-Fike              )
    Defendant  )  Civil Action No. _____

| | |
|---|---|
| J-Fike | Po Box 99  Pontiac ILL 61764 |
| R. Battle | Po Box 99  Pontiac ILL 61764 |
| Pitchford | Po Box 99  Pontiac ILL 61764 |
| Christy | Po Box 99  Pontiac ILL 61764 |
| Kelly Davis | Po Box 99  Pontiac Ill 61764 |
| Jade | Po Box 99  Pontiac IL 61764 |
| Tracy | Po Box 99  Pontiac IL 61764 |
| Gaspen | Po Box 99  Pontiac ILL 61964 |
| Zimmerman | Po Box 99  Pontiac IL 61764 |
| Lewis | Po Box 99  Pontiac IL 61764 |
| Wilson | Po Box 99  Pontiac IL 61764 |
| Hadsel | Po Box 99  Pontiac ILL 61764 |
| Shoemaker | Po Box 99  Pontiac IL 61764 |
| John & Jane Does | Po Box 99  Pontiac IL 61764 |
| John & Jane Does ARB of inmate issues | Po Box 19277 Springfield IL 62794-9217 |

U.S. District Court For The Central District of Peoria Illinois Division

Steven D Lisle JR # R40159     ) Case Number: _____
        V    Plaintiff          )
                                ) ORDER TO SHOW CAUSE FOR A PRELIMINARY
    ~~Michael Pitchford~~    J-Fike  Defendants     ) INJUNCTION & A TEMPORARY RESTRAINING ORDER

Upon the Complaint, the supporting affidavits of plaintiffs and the memorandum of law submitted here with it is: Ordered that Defendants Counsel

Show cause in room _____ of the United States Court house address: 309 U.S. courthouse 100 N.E. Monroe Street, Peoria IL 61602. On the 26th day of July 2017 at 1:00 clock. Why a preliminary induction should not issue pursuant to Rule 65 (a) of the Federal Rules of Civil procedure enjoining the defendants their successors in office agents and employees and all other persons acting in concert and participation with them from.

1. Transfer Steven D Lisle JR # R40159 to (Stateville Correction Center) for housing

2. Do to Lisle SMI mental disability any time he is housed on crisis watch he shall be placed only in the (Pontiac HealthCare unit) do to South mental crisis unit not having cameras in which officers can retaliate against Lisle by using accessive force where no camera footage is at

3. Do to susan Prentince Constantly threating and damaging and throwing Lisle legal documents away a restraining order shall be issued against ~~J-Fike Pitchford-R.Butler~~ ~~Prentince~~ Prentince to not be housed around Lisle

A. See Exhibits 2-3 where inmates Young and Holmes witness Prentince steal Lisle legal documents and threating Lisle see Exhibits in Compliant

B. Lisle informed the air court in the Rashov walker case and requested the warden to look into acusations of Prentince - J-Fike-Pitchford-R.Butler Pontiac warden never interviewed Lisle see Exhibt 4

C. See Exhibits 5-6 where Lisle last shake down was on May 6 and Lisle Cocuasel in another compliant ask the states attorney to review Camera footage on 5-24-17 However states attorney hrs failyd to review camera fotage

D. See Exhibit 7 where Lisle advised the urbana court that Prentince stole his original documents in this complaint filed now before the court.

E. Lisle request this Court order review of I.DOC Camera fotage master copy located in Springfield IDOC headquarters on 5-24-17 which will show Prentince stole Lisle legal documents

F. See all Exhibit 1-8

G. Lisle will amend his compliant do to Prentince stealing his original documents in this case ___2

IT IS FURTHER ORDERED that effective immediately,
and pending the hearing and determination of this order to
show cause, the defendents [ Counsel ] and each of their
officers agents employers and all persons acting in concert
or participation with them, are restrained from

1. [ Transfer Lisle to Stateville correction center for housing ]
2. [ Anytime Lisle is housed on crisis watch he shall be housed
   only in the Pontiac Health Care unit
3. [ Lisle shall be kept away from Susan Prentince during the
   pendling of this complient
4. [ Review IDOC master-copy of 5-24-17 North 1gallery 37cell
   Showing Prentince steal Lisle legal documents

   It IS FURTHER ORDERED That the order to show cause
   and all other papers attached to this application
   be served on the aforesaid plaintiffs by 7-18-17

   _____
   Judge signature

   Dated: _____
   United States District Judge

2

# Exhibits

Ex 1 Declaration
Ex 2 affidavit
Ex 3 affidavit
Ex 4 Docket Text
Ex 5 Shakedown Receipt
Ex 6 attorney letter
Ex 7 motion to court
Ex 8 memorandum of law



1

IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

STEVEN D LISLE JR #R90155          ) DECLARATION OF

              v   Plaintiffs        )   STEVEN D LISLE JR

        SUSAN PRENTINCE            )   Civil Action No_____

              Defendants

Steven D Lisle Jr hereby declares

That all facts stated in complaint and TRO

   are true and correct

I declare under penalty of perjury that the foregoing is
true and correct. Executed at Pontiac, IL on July 4 2017

                                        Steven D Lisle Jr #R90155

STATE OF ILLINOIS )
)
COUNTY OF )

## AFFIDAVIT

I ___Young M#44149___ do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

Major Prentince threating inmate Lisle#R40159 on weensday 2417 stating that She is going to throw away his legal material so that he cant file a lawsuit against her and prentice employees. She then took Lisle Legal property and property out his cell while Lisle went before the adjustment committee. Prentince then state Me and Sgt Mister are going to Kill your Dumb ass. On 5-17-17 Officers Murray, chievers, Be long and Luitenet Kellur Stated their going to Kill Lisle nigger ass then Luitenet sprayed a entire can of chemical Mace in Lisle cell and close the chuckhole chievers then Stated I'll turn the water off let that nigger Die Lisle was left in his cell for 48 hours with no runing water Lisle ock officers to turn on his water but refused Murray then told Luitenet call orange crush so I can Kill this nigger in which later orange crush extracted Lisle out his cell Lisle received his property on monday and Pictures were tore and legal documents Including the lawsuit he was filing against Prentince on missing Lisle then informed Luitenet soner who stated he witness Lisle pictures torn and property missing and that was crossing the line what Prentince did I heard and saw all events stated above

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this __30__ day of __May__ 201_7_

_____
Affiant

STATE OF ILLINOIS )
)
COUNTY OF )

Livingston

## AFFIDAVIT

I  Jacob Holmes #K84657  do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

Major Prentince threating Lisle R40159 on Wensday may 24-17 Stating that She is going to throw away his legal material so that he cant file a law suit against her and pontiac employees She then took Lisle Legal Property and property out his cell while Lisle went before the adjustment committee Prentince then stated me and sgt mister are going to kill your Dumbass! On 5-17-17 officers Murray chivers Delong and Luitenet Koller stated there in going to kill Lisle nigger ass Then Luitenet sprayed a entire can of chemical mass in Lisle cell and close the chuckhole chivers Then state Ill turn the water off let that nigger Die Lisle was left in his cell for 48 hours with no running water Lisle ask officers to turn on his water but refused Murray then told Luitenet call orange crush so I can kill this nigger in which later orange crush extracted Lisle out his cell Lisle received his property on monday 5-29-17 and Pictures were tore and legal documents including the law suit he was filing against Prentince missing Lisle then informed Luitnet sorson who stated he witness Lisle pictures torn and property missing and that was crossing the line what Prentince did I heard and saw all the events stated above

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this  30  day of  may  2017

Jacob Holmes K84657

**Affiant**

Lisle   R40159      N 137

**Potts, Amber**

| | |
|---|---|
| **From:** | ECF_Returns@ilcd.uscourts.gov |
| **Sent:** | Thursday, June 01, 2017 2:44 PM |
| **To:** | ECF_Notices@ilcd.uscourts.gov |
| **Subject:** | [External] Activity in Case 1:07-cv-01298-MMM Rasho et al v. Walker et al Order on Motion for Miscellaneous Relief |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**CENTRAL DISTRICT OF ILLINOIS**

### Notice of Electronic Filing

The following transaction was entered on 6/1/2017 at 2:43 PM CDT and filed on 6/1/2017
**Case Name:**      Rasho et al v. Walker et al
**Case Number:**    1:07-cv-01298-MMM
**Filer:**
**Document Number:** No document attached

**Docket Text:**
TEXT ONLY ORDER denying [1369] Motion. Movant Steven D. Lisle Jr. has filed a Motion complaining that a staff member at Pontiac Correctional Center has stolen a complaint and other legal documents and destroyed them. Movant additionally complains the staff members tore up some family photos. Finally, Movant asserts the staff member has threatened to kill him. Movant indicates that these actions have been taken in retaliation. Movant requests that he be transferred to Peoria County Jail and have his legal documents returned. The Court declines to take the action requested by the Movant. Movant should pursue any complaints regarding his treatment through the IDOC's grievance process or other forum he deems appropriate. However, the Court DIRECTS class counsel to provide a copy of this letter to the Court Monitor for further review. Additionally, because of the allegations contained in the Motion, the Court DIRECTS the Clerk of the Court to forward a copy of the Motion and this Order to the Warden of Pontiac Correctional Center for his review and consideration. Entered by Judge Michael M. Mihm on 6/1/2017. (MMM4, ilcd)


**1:07-cv-01298-MMM Notice has been electronically mailed to:**

Alan Mills    alan@uplcchicago.org, eva@uplcchicago.org, nicole@uplcchicago.org

ILLINOIS DEPARTMENT OF CORRECTIONS
Shakedown Record/Confiscated Contraband

Exhibit No.
CLIC No.

Date: 5/6/12   Time: 1145   □ a.m.   □ p.m.

Living Area:   Occupied: ☒ Yes   □ No

Violator: Lisle   No.

Violator:   No.

Was any contraband found?   □ Yes   ☒ No

Item(s) (Description and circumstances of discovery):

_Contran_

_Pontane_

_Found_

Witness:

Disciplinary Report written:   □ Yes   ☒ No   Incident Report written:   □ Yes   ☒ No

_Employee Signature_
Badge No   Date   Time

Shift Supervisor:   Date Received:   Time   □ a.m.   □ p.m.
□ Major Contraband   □ Minor Contraband.

Disposition:
Date:   Time   □ a.m.   □ p.m.   Initials:

Receiving Custodian:   Date Received:   Time   □ a.m.   □ p.m.
□ Major Contraband   □ Minor Contraband:   Custodian Signature

Chain-of-Custody after the Custodian has received the item:

From:   To:
Date Received:   Time   □ a.m.   □ p.m.

From:   To:
Date Received:   Time   □ a.m.   □ p.m.

From:   To:
Date Received:   Time   □ a.m.   □ p.m.

From:   To:
Date Received:   Time   □ a.m.   □ p.m.

From:   To:
Date Received:   Time   □ a.m.   □ p.m.

Final Disposition:
Date:   Custodian's Initials:

Distribution:  With Item (Tag): Supervisor; Employee; Disciplinary Report; Violator

DOC0300 (Eff. 4/2008)
(Replaces DC 252)

Exhibit

# SCHLICHTER BOGARD & DENTON, LLP

### ATTORNEYS AT LAW

MICHAEL A. WOLFF
mwolff@uselaws.com

100 SOUTH FOURTH STREET, SUITE 1200
ST. LOUIS, MISSOURI 63102
(314) 621-6115
FAX (314) 621-5934
www.uselaws.com

Belleville, Illinois

June 16, 2017

**By Email**

Mary Kaitlyn Clark-Joseph
Assistant Attorney General
General Law Bureau
Office of the Illinois Attorney General
500 S. Second Street
Springfield, IL 62701

Re:   *Lisle v. Butler et al.*, Case No. 15-965, S.D.Ill.

Dear Ms. Clark-Joseph,

Thank you for the information you delivered on June 14. Mr. Lisle states that he has not received any additional paper and denies that he was offered the opportunity to do a legal review on May 20. He contends that he has frequently requested and been denied this legal review and that his grievances as to that are not being processed.

Mr. Lisle also denies that May 5 was his last shakedown. We would like to examine the prison's surveillance footage of Mr. Lisle's cell for May 24 through 26, which is around the time Mr. Lisle contends he had another shakedown and his legal documents were taken or destroyed.

We are going to arrange another telephone conference with Mr. Lisle for next Friday, June 23. Please arrange for Mr. Lisle to be provided access to his legal file either concurrently with that phone call or before that phone call so that we may have a thorough discussion of his case.

We also intend to take the deposition of Jason Holman (Inmate No. B38488). Because Mr. Holman is currently imprisoned at Menard, we will issue a subpoena to have him produced for deposition at 1:30 p.m. on June 23, or as soon after Mr. Samuel's 10:00 a.m. deposition concludes. We do not suspect this will be an issue for the facility or Mr. Holman given the parties will already be present at Menard. Please notify us, though, if that will be a problem.

We appreciate your attention to these issues.

Sincerely,

Michael A. Wolff

cc. S. Lisle

6

# MEMORADUMOFLAW

U.S. Const 8th Amend Cruelandunusalpunishment   page 1-2

U.S. Const 5 the 14th Amend Dueprocess property Equal protection of laws   page 1-2

Consider ongoing Constitutional violations Federal Rules of Civil Procedure Rule 65
Page 1-2

Preliminary in junction Rule 65(a) page 1-2

USConst 8th Amend medical care future harm Hallingv McKinney
509 U.S. 25 (1993) page 1&2


# T R O

Memorandum of law
Exhibit 8