IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| STEVEN D. LISLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 17-1335-JES |
| | ) |
| JAMES FIKE, et al., | ) |
| | ) |
| Defendants. | ) |

## ANSWER AND AFFIRMATIVE DEFENSES

Defendants, James Fike, Ryan Battle, Tyler Wilson, Jay Pitchford, Susan Prentice, David Jenkins, Traci Kjellesvik, Jade Culkin, and Krisi Eshleman, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, for their Answer and Affirmative Defenses to Plaintiff's Amended Complaint [Doc. 36], pursuant to the Court's Merit Review and Case Management Order of April 24, 2018 [Doc. 35], in the above cause, state as follows:

## ALLEGATIONS ENUMERATED IN COURT ORDER
## DATED APRIL 24, 2018[1]

Pursuant to its merit review of the amended complaint under 28 U.S.C. §1915A, the Court finds the Plaintiff alleges: a) Defendant CMTs Jade and Tracy were deliberately indifferent to his serious medical condition on July 21, 2016 when they refused to provide any additional medical treatment after Plaintiff collapsed on the yard: b) Defendants Wilson and Battle used excessive force against him on July 21, 2016 when they moved Plaintiff to a new cell; c) Defendants Fike, Battle, and Pitchford violated his Eighth Amendment rights based on his living conditions placed Plaintiff in a cell with no bed or sheets, and human blood, human waste, and mace on the walls on July 21, 2016; and d) Defendants Prentice, Jenkins and Christy were deliberately indifferent to Plaintiff's wrist pain in July and August of 2016.

**ANSWER: Defendants deny the allegations in this paragraph.**

---

[1] Pursuant to local rules 16.3, and *CDIL-LR 16.3*, the claims and issues will be limited to those identified in the merit review order (Doc. 35).

## RELIEF REQUESTED

Defendants deny that Plaintiff is entitled to any relief whatsoever.

## AFFIRMATIVE DEFENSES

1.     At all times relevant to Plaintiff's claims, Defendants acted in the good-faith performance of their official duties without violating Plaintiff's clearly established constitutional rights. Defendants are protected from liability by the doctrine of qualified immunity.

2.     Plaintiff has filed suit while in the Department of Corrections. To the extent Plaintiff has failed to properly exhaust his administrative remedies as required prior to filing suit under 42 U.S.C. §1983, his claims are barred by the Prison Litigation Reform Act (42 U.S.C. §1997e(a)) and *Perez v. Wisconsin Dept. of Corrections*, 182 F. 3d 532 (7th Cir. 1999).

## JURY DEMANDED

Defendants demand a trial by jury in this matter.

WHEREFORE, Defendants respectfully request that this Court grant judgment in their favor and deny any relief to Plaintiff.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois          By:     s/Mia Buntic
                                              MIA BUNTIC
                                              Assistant Attorney General
                                              General Law Bureau
                                              100 W. Randolph Street, 13th Floor
                                              Chicago, Illinois  60601
                                              (312) 814-3599
                                              Mbuntic@atg.state.il.us

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| STEVEN D. LISLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )  No. 17-1335-JES |
| | ) |
| JAMES FIKE, et al., | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2018, the foregoing document, Defendant's *Answer and Affirmative Defenses*, was electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notice of same to the following:

None

and I hereby certify that on the same date, I caused a copy of the foregoing described document to be mailed by United States Postal Service, in an envelope properly addressed and fully prepaid, to the following non-registered participant:

Steven D. Lisle, Jr., #R40159
Pontiac Correctional Center
Inmate Mail/Parcels
Pontiac, IL 61764


Respectfully submitted,


s/Mia Buntic
MIA BUNTIC
Assistant Attorney General
General Law Bureau
100 W. Randolph Street, 13th Floor
Chicago, Illinois  60601
(312) 814-3599
Mbuntic@atg.state.il.us