# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| STEVEN D. LISLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 17-1335-JES |
| | ) | |
| JAMES FIKE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **STATUS REPORT**

Defendants, James Fike, Ryan Battle, Tyler Wilson, and Jay Pitchford, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, hereby submit their status report on whether there is any relevant video recording or pictures of Plaintiff's injuries.

1. Pursuant to this Court's December 4, 2018 Text Order, Defendants are to inform the court whether there is any relevant video recording or pictures of Plaintiff's injuries.

2. Pontiac Correctional Center has conducted a search and confirmed that no relevant photographs or video recordings exist regarding the injuries alleged in this case.

Respectfully Submitted,

LISA MADIGAN
Attorney General of Illinois

/s/ Mia Buntic
MIA BUNTIC
Assistant Attorney General
General Law Bureau
100 W. Randolph St., 13th Fl.
Chicago, Illinois 60601
(312) 814-3599

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the aforementioned document was served upon the named parties, by mail, first class postage prepaid, by depositing a copy in the U.S. Mail located at 100 West Randolph Street, Illinois 60601 at or before 5:00 p.m. on the 21st day of December, 2018.

                                                s/ *Mia Buntic*
                                                Assistant Attorney General