US Dist Court Central Dist of Ill

Steven D Lisle JR #R40159
                  Plaintiff
        v.                              ) NO 17 1335
James Fikee
              Defendants         ) Jonathan E. Hawley
                                          Judge

SCANNED at PCC and E-Mailed:
5/15/19 (date) by KE (initials)
2 (# of pages)

## Motion Informing Defendants of A Global Settlement

Now Comes Steven D Lisle JR R40159 In the above motion

1. Defendants Spoke About Being under the Impression of A Global Settlement

2. Plaintiff Sought A Global Settlement Before The Honorable Judge Jonathan E Hawley In which Defendants Rejected At The Time

3. Plaintiff Has Genuine Claims And As well Do To The Litigation Cost Court cost And Attorneys including Plaintiff Prose presentation Time effort & cost That Defendants should Agree To A Global Settlement.

### I
### Plaintiff Global Settlement Offer

(a) All Claims In The US Dist Court Central Dist

(b) Waive All Court Fees & Including Appeals Court fees Before the US Dist Court & Court of Appeals

(c) ($25,000) Money Damages

(e) Dismissal of All Complaints Before The US Dist Court And Claims arouse out of Dist Court In court of Appeals

1 of 2

Certificate of service
On 5-15-19
E filed as Dist Court
Central Dist of Illinois